Aug. 24, 1939.

## O'BRIEN v. SWOPE, Warden.

Circuit Court of Appeals, Ninth Circuit.

Aug. 29, 1939.

James W. O'Brien, in pro. per.

WILBUR, Circuit Judge.

Petitioner asks for a writ of habeas corpus. He alleges that he is imprisoned in the United States Penitentiary at McNeil Island, Washington, by reason of a judgment and commitment issued by the United States District Court of Oregon. He alleges that he plead guilty but claims that he was denied assistance of counsel. A prior application for a writ of habeas corpus was made to the United States District Court for the Western District of Washington and denied.